UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERMAINE RIOS, #367871,

    Petitioner,

v.

    CASE NO.  2:11-CV-11019
    HONORABLE GEORGE CARAM STEEH

ROBERT NAPEL,

    Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, the Honorable George Caram Steeh, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE.**

    DAVID J. WEAVER
    CLERK OF THE COURT

BY:   s/Marcia Beauchemin
    DEPUTY COURT CLERK

Dated:  January 23, 2012